IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 JAN 11 PM 2:40

MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BYRON EVANS GOOD VOICE ELK,<br><br>Defendant. | No. 23-CR-19-J<br><br>18 U.S.C. § 2250(a)<br>(Failure to Register as a Sex Offender) |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

From on or about November 1, 2022, through and including January 5, 2023, in the District of Wyoming, the Defendant, **BYRON EVANS GOOD VOICE ELK**, who is required to register under the Sex Offender Registration and Notification Act by reason of a conviction under State law, traveled in interstate commerce and entered, left, and resided in Indian Country, and knowingly failed to register and update his registration as required by the Sex Offender Registration and Notification Act.

In violation of 18 U.S.C. § 2250(a).

A TRUE BILL:

_INK SIGNATURE ON FILE_
FOREPERSON

NICHOLAS VASSALLO
Acting United States Attorney

1

# PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | BYRON EVANS GOOD VOICE ELK |
| **DATE:** | January 10, 2023 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | **18 U.S.C. § 2250(a)**<br>(Failure to Register as a Sex Offender)<br><br>0-10 Years Imprisonment<br>Up To $250,000 Fine<br>5 Years To Life Supervised Release<br>$100 Special Assessment |
| **AGENT:** | James McGhee, USMS |
| **AUSA:** | Timothy W. Gist, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 3 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |

1